IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RGN MANUFACTURING SERVICES, PLLC | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:23-cv-00234 |
| ATLANTIC CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff RGN Manufacturing Services, PLLC and Defendant Atlantic Casualty Insurance Company file this Joint Notice of Settlement and hereby notify the Court that the parties have reached a settlement of this lawsuit and all claims asserted therein.  The parties are working to memorialize the terms and conditions of their settlement and expect to file a Joint Motion to Dismiss with Prejudice within the next forty-five (45) days.

Respectfully submitted,

By: */s/     Brandt R. Johnson*
    Brandt R. Johnson
    Texas Bar No. 00794030
    bjohnson@zellelaw.com
    Austin J. Taylor
    Texas Bar No. 24125862
    ataylor@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:214-742-3000
Facsimile: 214-760-8994
**ATTORNEYS FOR DEFENDANT**

    AND

By: /s/  Colin C. Pogge [by permission]
  Colin C. Pogge
  Texas Bar No. 24074907
  cpogge@dalyblack.com
  Richard D. Daly
  Texas Bar No. 00796429
  rdaly@dalyblack.com

**DALY & BLACK, P.C.**
2211 Norfolk St., Suite 800
Houston, TX 77098
Telephone: 713-655-1405
Facsimile: 713-655-1587

    AND

Zach Brady
Texas Bar No. 24012320
zach@bhlawgroup.com
**BRADY & HAMILTON LLP**
1602 13 St.
Lubbock, TX 79401
Telephone: 806-771-1850
Facsimile: 806-771-3750
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

This is to certify that on this 21st day of May, 2025 a true and correct copy of the foregoing document was delivered to all known counsel pursuant to the FEDERAL RULES OF CIVIL PROCEDURE as follows:

    Colin C. Pogge
    Texas State Bar No. 24074907
    cpogge@dalyblack.com
    Richard D. Daly
    State Bar No. 00796429
    rdaly@dalyblack.com
    **DALY & BLACK, P.C.**
    2211 Norfolk St., Suite 800
    Houston, TX 77098
    Telephone:    713-655-1405
    Facsimile:    713-655-1587
        AND
    Zach Brady
    State Bar No.: 24012320
    zach@bhlawgroup.com
    **BRADY & HAMILTON LLP**
    1602 13 St.
    Lubbock, TX 79401
    Telephone:    806-771-1850
    Facsimile:    806-771-3750
    **ATTORNEYS FOR PLAINTIFF**

                                                *s/ Brandt R. Johnson*
                                                Brandt R. Johnson