UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RGN MANUFACTURING SERVICES, PLLC,

    Plaintiff,

v.                                                      No. 1:23-CV-234-H

ATLANTIC CASUALTY INSURANCE COMPANY,

    Defendant.

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 58. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The parties are directed to submit either a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or a joint status report regarding the settlement by July 7, 2025.

So ordered on May 21, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE